UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN MAZUR,
    Plaintiff,

-v-

No. 1:13-cv-750

HONORABLE PAUL L. MALONEY

UNUM INSURANCE COMPANY,
    Defendant.

## JUDGMENT

Having granted Defendant Unum Insurance Company's motion to dismiss under FED. R. CIV. P. 12(b)(6) (ECF No. 6) and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 4, 2014          /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge